UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

In Re:

Craig Polzin
Christine Hollatz-Polzin,

Case No. 19-11873

Debtors.

## NOTICE OF AMENDED PLAN

The Debtors have filed a Request to Amend Chapter 13 Plan with the Court, a copy of which is attached to this Notice.

    Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)

    If you do not want the court to approve the amended plan, or if you want the court to consider your views on amended plan, then within 21 days from the date of this notice, you or your attorney must:

File with the court a written request for hearing and an objection explaining your position at:

| U.S. Bankruptcy Court | **You must also mail a copy** | George B. Goyke |
| Western District of Wisconsin | **to:** | Attorney at Law |
| 500 South Barstow Street | | 2100 Stewart Ave., Suite 140 |
| Eau Claire, WI 54701 | | Wausau, WI 54401 |

    If you or your attorney do not take these steps, the court may decide that you do not oppose the amended plan and may enter an order confirming the amended plan.

Dated this 10th day of September, 2019.

GOYKE & TILLISCH, LLP

_____
George B. Goyke
Attorney for Debtors
Wis. Bar No. 1001340

GOYKE & TILLISCH, LLP
2100 Stewart Avenue, Suite 140
Wausau, WI 54401
(715) 849-8100
goyke@grandlawyers.com