UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

In Re:

Craig R. Polzin and
Christine L. Hollatz-Polzin,　　　　　　　　　　Case No. 19-11873

　　　　Debtors.

## AFFIDAVIT OF MAILING

STATE OF WISCONSIN　)
　　　　　　　　　　　　) ss
COUNTY OF MARATHON )

　　　Elizabeth Holder, being first duly sworn on oath deposes and says that she is one of the legal assistants for Goyke & Tillisch LLP, counsel for the Debtors in the above action; that on the 10th day of September, 2019, unless parties are served thru the CM/ECF System sponsored by the Court, she mailed a true copy of the documents designated below, securely enclosed in an envelope with postage paid thereon and addressed to:

**Please see attached.**

Referenced Documents:　　　　　　Notice of First Amended Plan,
　　　　　　　　　　　　　　　　　First Amended Plan and
　　　　　　　　　　　　　　　　　Request to Amend Unconfirmed Chapter 13 Plan

　　　　　　　　　　Signed: _____
　　　　　　　　　　　　　　Elizabeth Holder

Subscribed and sworn to before me this 10th day of September, 2019.

_____
Carol D. Rigney, Notary Public
Marathon County, Wisconsin
My Commission Expires 08/03/2021

Label Matrix for local noticing
0758-1
Case 1-19-11873-bhl
Western District of Wisconsin
Eau Claire
Tue Sep 10 14:30:04 CDT 2019

A & L Oil
PO Box 208
Athens, WI 54411-0208

A to Z Plumbing & Heating, Inc.
PO Box 615
Ashland, WI 54806-0615

A.J. Manufacturing, Inc.
1217 Oak St
Bloomer, WI 54724-1300

(c)AA SEAMLESS LLC
127409 CREEKVIEW RD
ATHENS WI 54411-5213

Accent Business Solutions
PO Box 1915
Appleton, WI 54912-1915

Accola Limited Partnership
209 S Central Ave Ste 201
Marshfield, WI 54449-2836

Acoustech
1710 S 106th St
Milwaukee, WI 53214-4015

Acoustech Supply, Inc
1710 S 106th St
West Allis, WI 53214-4015

Advanced Disposal
5509 Fuller St
Schofield, WI 54476-3106

Dejan Adzic
Byrne Law Office
P.O. Box 1566
Wausau, WI 54402-1566

Aflac
1932 Wynnton Rd
Columbus, GA 31999-0001

AgCountry Farm Credit Services
1207 N Central Ave
Marshfield, WI 54449-1506

AgCountry Farm Credit Services, FLCA
1900 44th St S
Fargo, ND 58103-7428

Alpine Insulation I, LLC
c/o James T. Moczydlowski, Esq.
1333 College Avenue, Suite K
Milwaukee, WI 53172-1150

Appleton Acoustical Systems, Inc.
2900 W Elberg Ave
Appleton, WI 54914-5731

Athens Hardware Store LLC
PO Box 242
Athens, WI 54411-0242

Athens Municipal Water Dept
PO Box 220
Athens, WI 54411-0220

Attorney Terry L. Moore
Herrick & Hart, S.C.
116 W Grand Ave
Eau Claire, WI 54703-5300

Badger Corrugating Company
PO Box 2849
Indianapolis, IN 46206-2849

Bank Of America
P.O. Box 851001
Dallas, TX 75285-1001

Bay Building Supplies Inc.
2929 Walker Dr
Green Bay, WI 54311-8312

Bay Building Supplies Inc.
c/o Kohner, Mann & Kailas, S.C.
4650 North Port Washington Road
Milwaukee, Wisconsin 53212-1077

Bern Millwork & Company, Inc.
6236 Iron Bridge Rd
Athens, WI 54411-8401

BlueLinx
PO Box 408
Schofield, WI 54476-0408

(c)BRIAN POLZIN
144121 STETTIN DR
WAUSAU WI 54401-4587

Buckhorn Builders
David Hart
108 Wylie Rd
Athens, WI 54411-9701

Byline Bank
c/o Cramer, Multhauf & Hammes, LLP
P.O. Box 558
Waukesha, WI 53187-0558

Byline Bank
180 N La Salle St Ste 400
Chicago, IL 60601-2504

C2C Resources, LLC
56 Perimeter Ctr E Ste 100
Atlanta, GA 30346-2214

| | | |
|---|---|---|
| CRS-Compliance Regulatory Services, Inc<br>N8285 Bachelors Avenue<br>Willard, WI 54493-8773 | CW Garage Door Dist. Inc.<br>PO Box 245<br>Woodville, WI 54028-0245 | Capital One/Menards<br>PO Box 7680<br>Carol Stream, IL 60116-7680 |
| Capital Resource International<br>27943 Seco Canyon Rd Ste 549<br>Santa Clarita, CA 91350-3872 | Carstin Brands, Inc.<br>PO Box 285<br>Arthur, IL 61911-0285 | Cash Cow Capital<br>Caymus Funding, Inc.<br>3350 George Busbee Pkwy NW Ste 225<br>Kennesaw, GA 30144-5597 |
| Central Door Solutions<br>1430 Contractors Blvd<br>Plover, WI 54467-2609 | Chase Bank One<br>PO Box 15145<br>Wilmington, DE 19850-5145 | Chase Freedom/Chase Ink<br>PO Box 6294<br>Carol Stream, IL 60197-6294 |
| Chase Slate<br>PO Box 15298<br>Wilmington, DE 19850-5298 | (p)CITIBANK<br>PO BOX 790034<br>ST LOUIS MO 63179-0034 | Clark County Rehab & Living Center<br>W4266 County Rd N # X<br>Owen, WI 54460-8505 |
| (p)COVANTAGE CREDIT UNION<br>P O BOX 107<br>ANTIGO WI 54409-0107 | Community Living Solutions<br>2801 E Enterprise Ave Ste 202<br>Appleton, WI 54913-8559 | Complete Safety Concepts<br>PO Box 240618<br>Milwaukee, WI 53224-9019 |
| Compliance Regulatory Services, Inc.<br>N8285 Bachelors Ave<br>Willard, WI 54493-8773 | Composite Panel Systems, LLC<br>PO Box 997<br>Eagle River, WI 54521-0997 | Construct Connect<br>3825 Edwards Rd<br>Cincinnati, OH 45209-1287 |
| Construction Data<br>2001 19th Ave Fl 2<br>Vero Beach, FL 32960-3449 | Corporate Business Solutions, Inc.<br>10 N Martingale Rd Ste 400<br>Schaumburg, IL 60173-2411 | Counter-Form LLC<br>2001 E 29th St<br>Marshfield, WI 54449-5519 |
| Creative Comfort Heating & Cooling LLC<br>245 N Main St<br>Seymour, WI 54165-1309 | Custom Craft Distribution, Inc.<br>121 Countryside Dr<br>Belleville, WI 53508-9740 | D & T Contractors LLC<br>Darrell Krzanowski<br>W2388 Axen Road<br>Gleason, WI 54435-9771 |
| D&T Contractors, LLC<br>W2388 Axen Road<br>Gleason, WI 54435-9771 | Data Link<br>3505 Token Dr<br>Richardson, TX 75082-9710 | Dearco Paint & Decorating Inc.<br>1495 E Green Bay St<br>Shawano, WI 54166-2257 |
| Decker Lumber<br>925 Allen St<br>Athens, WI 54411-9550 | Dex-yp<br>PO Box 619810<br>Dfw Airport, TX 75261-9810 | Dicks Sporting<br>PO Box 965015<br>Orlando, FL 32896-5015 |

Diedericks Heating & A/C Inc.
110 S Mill St
Seymour, WI 54165-1250

Discover Bank
Discover Products Inc
PO Box 3025
New Albany, OH 43054-3025

(p)DISCOVER FINANCIAL SERVICES LLC
PO BOX 3025
NEW ALBANY OH 43054-3025

ESPN Radio
1714 N Central Ave
Marshfield, WI 54449-1514

(c)FABER ELECTRIC
S2680 OAKBROOK DR
MARSHFIELD WI 54449-9440

Fair Square Financial LLC
Resurgent Capital Services
PO Box 10368
Greenville, SC 29603-0368

Federated Insurance
1213 Winton St
Wausau, WI 54403-4211

Federated Insurance Company
PO Box 328
Owatonna, MN 55060-0328

Fire & Safety Equipment IV, Inc.
5636 Connor St
Auburndale, WI 54412-9040

Fleet Farm
PO Box 960013
Orlando, FL 32896-0013

Frontier Communications
PO Box 740407
Cincinnati, OH 45274-0407

Furniture & Appliance Mart
1820 Stewart Ave
Wausau, WI 54401-5351

GGR Collection Results
PO Box 571811
Houston, TX 77257-1811

Gauerke's Tire & Auto
909 Pine St
Athens, WI 54411-9374

Generation 3 Media
PO Box 1119
Janesville, WI 53547-1119

George B. Goyke
2100 Stewart Avenue, Suite 140
Wausau, WI 54401-1709

Granite Re, Inc.
14001 Quailbrook Dr
Oklahoma City, OK 73134-1757

Graystone Partners LLC
5151 N Oracle Rd Ste 209
Tucson, AZ 85704-3757

Gregerson, Rosow, Johnson & Nilan, LTD
100 Washington Ave S Ste 1550
Minneapolis, MN 55401-2154

HT Glass & Mirror Center, Inc.
9698 State Highway 70
Minocqua, WI 54548-9055

Daniel J. Habeck
1601 E. Racine Avenue, Ste 200
P.O. Box 558
Waukesha, WI 53187-0558

Hallmark Building Supplies, Inc.
901 Northview Rd, Suite 100
Waukesha, WI 53188-1689

Hanft Fride
130 W Superior St
Duluth, MN 55802-2032

Mark Harring
131 W. Wilson Street, Suite 1000
Madison, WI 53703-3260

Harrold, Scrobell & Danner, S.C.
PO Box 1148
Minocqua, WI 54548-1148

Heartland Cooperative Services
PO Box 260
Dorchester, WI 54425-0260

Hetzel Plumbing
703 North Ave
Tomahawk, WI 54487-1108

Christine Lynne Hollatz-Polzin
114010 Hillside St
Stratford, WI 54484-4508

Howard Bros. Inc.
11548 Lemma Creek Rd
Woodruff, WI 54568-9447

IRS - Centralized Insolvency Operations
P.O. Box 7346
Philadelphia, PA 19101-7346

| | | |
|---|---|---|
| Impact Directories<br>1251 N Cole Rd<br>Boise, ID 83704-8647 | Innovative Composite Foundations LLC<br>PO Box 422<br>Marshfield, WI 54449-0422 | Internal Revenue Service<br>PO Box 7346<br>Philadelphia, PA 19101-7346 |
| (c)IRON BRIDGE INDUSTRIES<br>241536 CORLAD RD<br>ATHENS WI 54411-5302 | J. Ryan Bonding<br>2920 Enloe St Ste 106<br>Hudson, WI 54016-8190 | JPMorgan Chase Bank, N.A.<br>s/b/m/t Chase Bank USA, N.A.<br>c/o Robertson, Anschutz & Schneid, P.L.<br>6409 Congress Avenue, Suite 100<br>Boca Raton, FL 33487-2853 |
| (c)JAHNKE CONSTRUCTION<br>122998 COUNTY ROAD U<br>ATHENS WI 54411-5105 | Jason Lenz<br>Innovative Composite Foundations<br>PO Box 422<br>Marshfield, WI 54449-0422 | (c)JAY'S DRYWALL<br>120383 CHESAK RD<br>EDGAR WI 54426-5412 |
| (c)JEFF'S WRENCHIN REPAIR<br>218960 STATE HIGHWAY 97<br>STRATFORD WI 54484-5046 | Jen Christnacht<br>W9150 Forevergreen Ct<br>Hortonville, WI 54944-9275 | Kohner Mann & Kailas, S.C.<br>Washington Bldg<br>4650 N Port Washington Rd<br>Milwaukee, WI 53212-1077 |
| Kwik Trip Extended Network<br>PO Box 70887<br>Charlotte, NC 28272-0887 | LBM Advantage Inc.<br>555 Hudson Valley Ave Ste 200<br>New Windsor, NY 12553-4749 | LVNV Funding, LLC<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 |
| Lake State Roofing, Inc.<br>4101 N Stephenson Ave<br>Iron Mountain, MI 49801-9351 | Lakeland Door<br>5799 Skaleski Rd<br>Denmark, WI 54208-8869 | Lakeland Rental Center<br>8784 Frank Dr<br>Minocqua, WI 54548-9700 |
| Lakes Gas Co.<br>PO Box 209<br>Medford, WI 54451-0209 | Lending Club<br>595 Market St Ste 200<br>San Francisco, CA 94105-2807 | Lincoln County Landfill<br>801 N Sales St Ste 201<br>Merrill, WI 54452-1632 |
| (c)LONDERVILLE STEEL ENTERPRISE INC<br>141156 WOODLAND DR<br>WAUSAU WI 54401-5602 | (c)LONDERVILLE STEEL ENTERPRISES, INC.<br>AND CONCRETE SUPPLY<br>141156 WOODLAND DR<br>WAUSAU WI 54401-5602 | MB Concrete Inc.<br>PO Box 206<br>Manitowish Waters, WI 54545-0206 |
| MSA Professional Services, Inc.<br>1230 South Blvd<br>Baraboo, WI 53913-2791 | Manion's Wholesale Building Supplies, I<br>1300 Garfield Avenue<br>PO Box 753<br>Superior, WI 54880-0753 | Marathon Technical Services<br>404 Franklin St<br>Wausau, WI 54403-4722 |
| Marawood Construction Services, Inc.<br>2025 W Veterans Pkwy<br>Marshfield, WI 54449-1223 | Marco<br>Attn: Accounts Receivable<br>PO Box 1450<br>Minneapolis, MN 55485-1450 | Marling<br>PO Box 179<br>Janesville, WI 53547-0179 |

| | | |
|---|---|---|
| Marth Wood Shavings Supply Inc.<br>PO Box 679004<br>Dallas, TX 75267-9004 | Michael Best & Friedrich LLP<br>1000 Maritime Dr<br>Manitowoc, WI 54220-2922 | Michael C. Koehn, S.C.<br>131 S Barstow St Ste 600<br>Eau Claire, WI 54701-2625 |
| Mid-State Supply<br>PO Box 510<br>Wautoma, WI 54982-0510 | Midway Windows & Doors<br>6750 S Belt Circle Dr<br>Chicago, IL 60638-4706 | (c)MIKE AND MARY SNIDER<br>221177 PINENUT RD<br>STRATFORD WI 54484-4527 |
| Minnkota Windows<br>2324 Main Ave W<br>West Fargo, ND 58078-1330 | Mueller Publishing<br>PO Box 309<br>Marshfield, WI 54449-0309 | Nicolet Area Technical College<br>5364 College Dr<br>Rhinelander, WI 54501 |
| Northwestern Lumber Association<br>701 Decatur Ave N Ste 105<br>Golden Valley, MN 55427-4363 | OH Jay Services LLC<br>201 N Tomahawk Ave<br>Tomahawk, WI 54487-1262 | Ollo<br>PO Box 660371<br>Dallas, TX 75266-0371 |
| P&C Sanitation, LLC<br>N8481 Town Hall Rd<br>Black Creek, WI 54106-9141 | PRA Receivables Management, LLC<br>PO Box 41021<br>Norfolk, VA 23541-1021 | Pella Corporation<br>Pella Corporation<br>102 Main St<br>Pella, IA 50219-2198 |
| Perfekt<br>PO Box 667<br>Thermopolis, WY 82443-0667 | Peterson Wood Treating Inc.<br>2929 Hill Ave<br>Superior, WI 54880-5513 | PhaseOne Construction Services<br>648 E 6th St<br>Owen, WI 54460-9554 |
| Pierce County Highway Department<br>PO Box 780<br>Ellsworth, WI 54011-0780 | Pinnacle Marketing Group<br>PO Box 402013<br>Des Moines, IA 50940-2013 | Craig Robert Polzin<br>114010 Hillside St<br>Stratford, WI 54484-4508 |
| (p)PORTFOLIO RECOVERY ASSOCIATES LLC<br>PO BOX 41067<br>NORFOLK VA 23541-1067 | Precision Truss<br>N15193 Borglin Ave<br>Withee, WI 54498-8668 | Priority Business Systems, LLC<br>2108 S Hume Ave<br>Marshfield, WI 54449-5545 |
| (c)PRODUCTION PLUS, LLC<br>221025 PINENUT RD<br>STRATFORD WI 54484-4527 | QBE Flood Insurance Services<br>PO Box 912206<br>Denver, CO 80291-2206 | R&R Flooring and Furniture<br>312 South Pacific Street<br>Spencer, WI 54479-9233 |
| R&R Flooring & Furniture<br>312 S Pacific St<br>Spencer, WI 54479-9233 | Randall & Sandra Decker Trust<br>925 Allen St<br>Athens, WI 54411-9550 | Ray Kilty<br>648 E 6th St<br>Owen, WI 54460-9554 |

| | | |
|---|---|---|
| Richard & Joyce Clem<br>6642 County Rd W<br>Winchester, WI 54557-9008 | Robin Myre Electrical Contracting<br>14 W Rice Ave<br>Tomahawk, WI 54487-1325 | Rod's Towing & Service, LLC<br>W4066 County Road G<br>Merrill, WI 54452-8649 |
| Rodli, Beskar, Neuhaus, Murray & Pletche<br>219 N Main St<br>River Falls, WI 54022-2369 | Russ Sennhenn<br>N1780 Hilmar Olson Rd<br>Ogema, WI 54459-8500 | Schechter Law Office PLLC<br>243 5th Ave Ste 720<br>New York, NY 10016-8703 |
| Secretary of Treasury<br>Treasury Department<br>1500 Pennsylvania Avenue N.W.<br>Washington, DC 20220-0001 | Securities and Exchange Commission<br>175 West Jackson Boulevard<br>Suite 900<br>Chicago, IL 60604-2908 | Sheffield Financial<br>PO Box 1704<br>Clemmons, NC 27012-1704 |
| Sheffield Financial<br>PO Box 1847<br>Wilson, NC 27894-1847 | Sherman Williams Co.<br>8520 US Highway 51 N # 69<br>Minocqua, WI 54548-9390 | Shioctin/Outagamie County Purchasing<br>320 S Walnut St<br>Appleton, WI 54911-5918 |
| Simplicity Credit Union<br>222 E Upham St<br>Marshfield, WI 54449-1543 | Spectrum<br>400 Atlantic St Fl 10<br>Stamford, CT 06901-3512 | (c)SQUARE DEAL METALS SALES<br>241474 BUNGALOO RD<br>ATHENS WI 54411-5001 |
| State of Wisconsin/DWD UI<br>PO Box 8914<br>Madison, WI 53708-8914 | Steven Haeckel/Town of Cicero<br>N9195 County Road X<br>Black Creek, WI 54106-9213 | Switlick & Sons, Inc.<br>1208 Mount View Ln<br>Athens, WI 54411-9379 |
| T.P. Printing Company Inc.<br>PO Box 677<br>Abbotsford, WI 54405-0677 | Taylor County Forestry and Recreation<br>224 S 2nd St<br>Medford, WI 54451-1811 | Terry L. Moore<br>PO Box 167<br>Eau Claire, WI 54702-0167 |
| The Daily Reporter<br>225 E Michigan St Ste 300<br>Milwaukee, WI 53202-4900 | The Fundworks LLC<br>15260 Ventura Blvd Ste 1520<br>Sherman Oaks, CA 91403-5348 | The Jeske Company<br>PO Box 1426<br>Appleton, WI 54912-1426 |
| Town of Cicero<br>N9195 County Road X<br>Black Creek, WI 54106-9213 | Town of Sioux Creek - Town Hall<br>2067 3 1/2 Ave<br>Chetek, WI 54728-9362 | Town of Skanawan<br>N8506 Cty Rd W<br>Irma, WI 54442 |
| Town of Winchester<br>7228 County Rd W<br>Winchester, WI 54557-9003 | TriCity Glass and Door<br>100 W Northland Ave<br>Appleton, WI 54911-2015 | Trussworks Inc.<br>11054 N Olson Rd<br>Hayward, WI 54843-6487 |

| | | |
|---|---|---|
| (p)US BANK<br>PO BOX 5229<br>CINCINNATI OH 45201-5229 | U.S. Trustee's Office ~~780 Regent Street, Suite 304~~ ~~Madison, WI 53715-2635~~ | ULINE<br>PO Box 88741<br>Chicago, IL 60680-1741 |
| Vadim Barbarovich<br>Marshal, City of New York<br>1517 Voorhies Ave Ste 3R<br>Brooklyn, NY 11235-3970 | WE Energies<br>PO Box 2046<br>Milwaukee, WI 53201-2046 | WI Mechanical Solutions<br>1045 Indianhead Dr<br>Mosinee, WI 54455-7314 |
| Wausau Supply<br>PO Box 296<br>Wausau, WI 54402-0296 | WebBank<br>215 S State St Ste 1000<br>Salt Lake City, UT 84111-2336 | (c)WEBER AG REPAIR<br>243348 CORLAD RD<br>ATHENS WI 54411-5302 |
| Wells Fargo Bank, N.A.<br>P.O. Box 10438, MAC F8235-02F<br>Des Moines, IA 50306-0438 | Wells Fargo Bank, N.A.<br>PO Box 10347<br>Des Moines, IA 50306-0347 | Winchester Town Municipal Complex<br>7228 County Rd W<br>Winchester, WI 54557-9003 |
| Windward Computer<br>33 N La Salle St Ste 2600<br>Chicago, IL 60602-3399 | Wisconsin Department Of Revenue<br>Attn: Special Procedures<br>PO Box 8901<br>Madison, WI 53708-8901 | Wisconsin Department of Revenue<br>Special Procedures Unit<br>P.O. Box 8901<br>Madison, WI 53708-8901 |
| Wisconsin Truss, Inc.<br>609 Industrial Park Rd<br>Cornell, WI 54732-8052 | Xcel Energy<br>PO Box 9477<br>Minneapolis, MN 55484-0001 | Ziebell's Door Company<br>3456 E Main St<br>Merrill, WI 54452-8978 |