UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

IN RE:

Craig Robert Polzin and
Christine Lynne Hollatz-Polzin,    Case No. 19-11873

    Debtors.

STIPULATION RELATING TO CLAIM #39
OF WISCONSIN DEPARTMENT OF WORKFORCE DEVELOPMENT

NOW COME the Debtors, by George B. Goyke of Goyke & Tillisch, LLP, and the Creditor, Department of Workforce Development (DWD), by Andrew J. Rubsam, and stipulate and agree as follows:

1. The DWD filed claim #39 as a postpetition claim in the amount of $713.35.
2. The Debtors objected to the claim as a postpetition claim and requested that it be allowed as a prepetition claim.
3. The DWD agrees to the treatment of the claim as prepetition and that the claim will be treated as supplemental to its claim #24 in the amount of $6,862.59 such that the total claim of DWD shall be $7,575.94.
4. The Trustee may pay the total claim from funds submitted into the Plan as a priority claim.

Dated this 10th day of October, 2019.

WISCONSIN DEPARTMENT OF
WORKFORCE DEVELOPMENT

_____
Andrew J. Rubsam
Attorney for DWD
Wis. Bar No. 1079600

Dated this 10th day of October, 2019.

GOYKE & TILLISCH, LLP

_____
George B. Goyke
Attorney for Debtors
Wis. Bar No. 1001340