UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

In Re:

Craig Robert Polzin and
Christine Lynne Hollatz-Polzin,　　　　　　　Case No. 19-11873

　　　Debtors.

OBJECTION TO TRUSTEE'S MOTION TO DISMISS

　　　NOW COME the Debtors, by their attorney, George B. Goyke of Goyke & Tillisch, LLP, and object to the Trustee's motion to dismiss its case as follows:

1. Debtors have fallen behind on plan payments due to the employers failure to follow the Court's Order.
2. Debtors made up the delinquency through a direct payment.
3. It would be inequitable to dismiss their case under the circumstances.

WHEREFORE, the Debtors object to the Trustee's motion to dismiss and request a hearing thereon.

　　　Dated this 13 day of December, 2019.

GOYKE & TILLISCH, LLP

George B. Goyke
Attorney for Debtors
Wis. Bar No. 1001340

GOYKE & TILLISCH, LLP
2100 Stewart Avenue, Suite 140
Wausau, WI 54401
(715) 849-8100
goyke@grandlawyers.com