# Mark Harring

Standing Chapter 12 & 13 Trustee

| **Mail CORRESPONDENCE to:** | **Mail Chapter 13 PAYMENTS to :** |
|---|---|
| | Please write case # on all payments |
| 122 W Washington Suite 500 | MARK HARRING CH 13 TRUSTEE |
| Madison, WI 53703-2758 | P.O. BOX 88004 |
| Phone: (608) 256-4320 | CHICAGO, IL 60680-1004 |
| Fax: (608) 256-2355 | |
| Website: http://www.ch13wdw.org | Email: info@ch13wdw.org |

April 2, 2024

Honorable Catherine J. Furay
U.S. Bankruptcy Court Judge
120 N Henry
Madison, WI 53703-2599

Re: Craig Robert Polzin & Christine Lynne Hollatz-Polzin
Case # 19-11873-13

Dear Judge Furay:

A Motion to Dismiss was filed in this case on March 7, 2024, due to plan feasibility. Please be advised the debtors are working on resolving the feasibility issue and we are hopeful it will be fully resolved before the end of the case; therefore, we are withdrawing the Motion to Dismiss.

If you have any questions or need anything further, please feel free to contact our office.

Sincerely,

/s/
Mark Harring
Standing Chapter 13 Trustee

MWH /cj

cc: Craig Robert Polzin & Christine Lynne Hollatz-Polzin
ATTORNEY NOE RINCON