# Mark Harring

Standing Chapter 12 & 13 Trustee

**Mail CORRESPONDENCE to:**

122 W Washington Suite 500
Madison, WI 53703-2758
Phone: (608) 256-4320
Fax:    (608) 256-2355
Website:  http://www.ch13wdw.org

**Mail Chapter 13 PAYMENTS to :**
Please write case # on all payments
MARK HARRING CH 13 TRUSTEE
P.O. BOX 88004
CHICAGO, IL 60680-1004

Email:  info@ch13wdw.org

July 8, 2024

Craig Robert Polzin & Christine Lynne Hollatz    -Polzin
114010 Hillside St
Stratford, WI 54484

Re:    Case Number 19-11873-13

Dear Craig Robert Polzin & Christine Lynne Hollatz    -Polzin:

We are writing to verify that you have completed payment into your Chapter 13 plan and that no further funds are required.  Congratulations on your achievement.  A final account will be done and discharge papers may be granted to you by the U.S. Bankruptcy Court if appropriate.  In the meantime, please use this letter as verification.

**NOTE:** In order to receive a discharge, you must complete an approved instructional course in personal financial management.  This is often completed shortly after filing.  The court will send you a deficiency notice if they do not have record of you completing this course.  In that event, you will be required to take the course and a certificate of completion must be filed with the court.  Furthermore if you have a Domestic Support Obligation and the court has not approved a waiver, you will be required to certify with the court that all applicable obligation amounts have been satisfied prior to receiving a discharge.  **If you have received a deficiency notice for either of these items, please contact your attorney.**

Sincerely,

/s/ Mark Harring

Mark Harring
Standing Chapter 13 Trustee

MWH/cj

cc:    ATTORNEY NOE RINCON
       U.S. Bankruptcy Court